# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2019

158150-1

PROGRESS MICHIGAN,
          Plaintiff-Appellant,

v

ATTORNEY GENERAL,
          Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158150-1
COA: 340921; 340956
Court of Claims: 17-000093-MZ

On order of the Court, oral argument of this case scheduled for the October 2019 session is ADJOURNED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2019



t0911

Clerk